IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **KEVIN JOHNSON,** | ) | CASE NO. 7:11CV00606 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| **JACKSON L. KISER,** | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(g), and this action is stricken from the active docket of the court.

ENTER: This 31st day of January, 2012.

_____
Senior United States District Judge